Robert Lee, SBN 161054
5801 Stockton Blvd., Suite 108
Sacramento, CA  95824
916-454-9000

Attorney for Defendant
Aiao Chen aka Mai Chen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>AIAO CHEN,                    )<br>aka Mai Chen,                 )<br>            Defendant.        )<br>_____) | **07-cr-0477 FCD**<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: 12/10/07<br>Time: 10:00 a.m. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R. Taylor, Assistant United States Attorney, together with counsel for defendant Aiao Chen, Robert Lee Esq., that the status conference presently set for December 10, 2007 be **continued to January 8, 2008, at 10:00 a.m.**, thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 8, 2008.

IT IS SO STIPULATED.

Dated: December 6, 2007                                 /s/ Robert Lee
                                                       Robert Lee
                                                       Attorney for Defendant
                                                       Aiao Chen

Dated: December 6, 2007                                McGREGOR W. SCOTT
                                                       United States Attorney

                                                       by: /s/ Robin Taylor
                                                       Robin R. Taylor
                                                       Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the December 10, 2007 status conference be continued to January 8, 2008 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to January 8, 2008.

IT IS SO ORDERED.

DATED: December 7, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE