Robert Lee, SBN 161054
5801 Stockton Blvd., Suite 108
Sacramento, CA  95824
916-454-9000

Attorney for Defendant
Aiao Chen aka Mai Chen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>AIAO CHEN,<br>aka Mai Chen,<br>　　　　　Defendant. | ) CR NO. **S-07-477 FCD**<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING STATUS<br>) CONFERENCE<br>)<br>) Date: 01/08/2008<br>) Time: 10:00 a.m.<br>) Honorable Frank C. Damrell, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R. Taylor, Assistant United States Attorney, together with counsel for defendant Aiao Chen, Robert Lee Esq., that the status conference presently set for January 8, 2008 be **continued to February 25, 2008, at 10:00 a.m.**, thus **vacating** the presently set status conference.

　　　　Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 25, 2008.

IT IS SO STIPULATED.

Dated: January 3, 2008　　　　　　　　　　　　　　　　/s/ Robert Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　Aiao Chen

Dated: January 3, 2008　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　by: /s/ Robin Taylor
　　　　　　　　　　　　　　　　　　　　　　　　　　Robin R. Taylor
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the January 8, 2008 status conference be continued to February 25, 2008 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to February 25, 2008.

IT IS SO ORDERED.

Dated:  January 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE