1  Robert Lee, SBN 161054
   5801 Stockton Blvd., Suite 108
2  Sacramento, CA  95824
   916-454-9000
3
4  Attorney for Defendant
   Aiao Chen aka Mai Chen

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,            ) CR NO. S-07-477 FCD
            Plaintiff,                  )
8                                       ) STIPULATION AND ORDER
                                        ) CONTINUING STATUS CONFERENCE
9  v.                                   )
                                        )
10 AIAO CHEN,                           )
   aka Mai Chen,                        ) Date: 02/25/2008
11          Defendant.                  ) Time: 10:00 a.m.
                                        )

12       IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R.

13 Taylor, Assistant United States Attorney, together with counsel for defendant Aiao Chen, Robert Lee Esq., that the

14 status conference presently set for February 25, 2008 be **continued to April 21, 2008, at 10:00 a.m.**, thus **vacating**

15 the presently set status conference.

16       Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18,

17 United States Code § 3161(h)(8)(B)(iv) (reasonable time for effective preparation) and Local Code T4, and agree to

18 exclude time from the date of the filing of the order until the date of the status conference, April 21, 2008.

19 IT IS SO STIPULATED.

20 Dated: February 21, 2008                    /s/ Robert Lee
                                               Robert Lee
21                                             Attorney for Defendant
                                               Aiao Chen
22
23 Dated: February 21, 2008                    McGREGOR W. SCOTT
                                               United States Attorney
24
                                               by: /s/ Robin Taylor
25                                             Robin R. Taylor

26 **IT IS SO ORDERED.**

27 Dated: February 22, 2008

28                                             _____
                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE