Robert Lee, SBN 161054
5801 Stockton Blvd., Suite 108
Sacramento, CA  95824
916-454-9000

Attorney for Defendant
Aiao Chen aka Mai Chen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>AIAO CHEN,<br>aka Mai Chen,<br>            Defendant. | ) CRNO. **S-07-477 FCD**<br>)<br>) STIPULATION AND<br>) ORDER CONTINUING STATUS<br>) CONFERENCE<br>)<br>) Date: 04/21/2008<br>) Time: 10:00 a.m.<br>) |

  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R. Taylor, Assistant United States Attorney, together with counsel for defendant Aiao Chen, Robert Lee Esq., that the status conference presently set for April 21, 2008 be **continued to June 2, 2008, at 10:00 a.m.**, thus **vacating** the presently set status conference.

  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 2, 2008.

IT IS SO STIPULATED.

Dated: April 18, 2008                            /s/ Robert Lee
                                                 Robert Lee
                                                 Attorney for Defendant
                                                 Aiao Chen

Dated: April 18, 2008                            McGREGOR W. SCOTT
                                                 United States Attorney

                                                 by: /s/ Robin Taylor
                                                 Robin R. Taylor
                                                 Assistant U.S. Attorney

  IT IS SO ORDERED.

DATED: April 18, 2008

                                                 _____
                                                 FRANK C. DAMRELL, JR.
                                                 UNITED STATES DISTRICT JUDGE