1  Robert Lee, SBN 161054
   5801 Stockton Blvd., Suite 108
2  Sacramento, CA  95824
   916-454-9000
3  Attorney for Defendant
   Aiao Chen aka Mai Chen
4

5

6                       UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        ) CR NO. **S-07-0477 FCD**
9            Plaintiff,             )
                                    ) STIPULATION AND ORDER
10 v.                               ) CONTINUING STATUS
                                    ) CONFERENCE
11 AIAO CHEN,                       )
   aka Mai Chen,                    ) Date: 06/02/2008
12           Defendant.             ) Time: 10:00 a.m.
                                    )
13 _____

14      IT IS HEREBY stipulated between the United States of America through its undersigned counsel,

15 Robin R. Taylor, Assistant United States Attorney, together with counsel for defendant Aiao Chen,

16 Robert Lee Esq., that the status conference presently set for June 2, 2008 be **continued to July 21, 2008,**

17 **at 10:00 a.m.**, thus **vacating** the presently set status conference.

18      Counsel for the parties represent that they are close to a plea agreement.  Counsel for the parties

19 agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code §

20 3161(h)(8)(B)(iv) (reasonable time for effective preparation) and Local Code T4, and agree to exclude

21

22 time from the date of the filing of the order until the date of the status conference, July 21, 2008.

23 IT IS SO STIPULATED.

24 Dated: May 29, 2008                    /s/ Robert Lee
                                         Robert Lee
25                                       Attorney for Defendant
                                         Aiao Chen
26
   Dated: May 29, 2008                   McGREGOR W. SCOTT
27                                       United States Attorney

28                                       by:  /s/ Robin Taylor
                                          Robin R. Taylor

**O R D E R**

GOOD CAUSE APPEARING, it is hereby ordered that the June 2, 2008 status conference be continued to July 21, 2008 at 10:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to July 21, 2008.

IT IS SO ORDERED.

Dated: May 30, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE