```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:07-CR-0477-FCD
                                 )
12         Plaintiff,            )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  AIAO CHEN,                   )
       aka Mai Chen,             )
15                               )
           Defendant.            )
16  _____)
```

17      Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Aiao Chen, it is hereby
19 ORDERED, ADJUDGED, AND DECREED as follows:
20      1.   Pursuant to 18 U.S.C. § 2320(b)(1)(B), defendant Aiao
21 Chen's interest in the following properties shall be condemned
22 and forfeited to the United States of America, to be disposed of
23 according to law:
24           a.   Approximately 2 Armani wallets,
25           b.   Approximately 19 Burberry handbags,
26           c.   Approximately 4 Chanel handbags,
27           d.   Approximately 2 pairs of Chanel earrings,
28           e.   Approximately 7 Chanel wallets,

|   |   |   |   |
|---|---|---|---|
| 1 | | f. | Approximately 225 Coach handbags, |
| 2 | | g. | Approximately 17 Coach iPod holders, |
| 3 | | h. | Approximately 45 Coach wallets, |
| 4 | | i. | Approximately 3 Dolce & Gabbana handbags, |
| 5 | | j. | Approximately 5 Dooney & Burke handbags, |
| 6 | | k. | Approximately 6 Gucci handbags, |
| 7 | | l. | Approximately 2 Gucci wallets, |
| 8 | | m. | Approximately 4 Izod/Lacoste polo shirts, |
| 9 | | n. | Approximately 4 Louis Vuitton handbags, |
| 10 | | o. | Approximately 4 Louis Vuitton scarves, |
| 11 | | p. | Approximately 1 Louis Vuitton wallet, |
| 12 | | q. | Approximately 1 Prada wallet, |
| 13 | | r. | Approximately 7 pairs of Rock & Republic jeans, |
| 14 | | s. | Approximately 2 Tiffany & Co. bracelets, |
| 15 | | t. | Approximately 2 pairs of Tiffany & Co. earrings,and |
| 16 | | u. | Approximately 2 pairs of True Religion jeans. |

2. The above-listed properties were used, in any manner or part, to commit or to facilitate a commission of a violation 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2320(b)(3)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties. The aforementioned properties shall be seized and held by the Department of Homeland Security, United States Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2320(b)(3)(B) incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States

1  forthwith shall publish at least once for three successive weeks
2  in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general
3  circulation located in the county in which the above-listed
4  properties were seized, notice of this Order, notice of the
5  Attorney General's or Secretary of the Department of Homeland
6  Security's intent to dispose of the properties in such manner as
7  the Attorney General or Secretary of the Department of Homeland
8  Security may direct, and notice that any person, other than the
9  defendant, having or claiming a legal interest in the above-
10 listed properties must file a petition with the Court within
11 thirty (30) days of the final publication of the notice or of
12 receipt of actual notice, whichever is earlier.
13         b.   This notice shall state that the petition shall be
14 for a hearing to adjudicate the validity of the petitioner's
15 alleged interest in the properties, shall be signed by the
16 petitioner under penalty of perjury, and shall set forth the
17 nature and extent of the petitioner's right, title, or interest
18 in the forfeited properties and any additional facts supporting
19 the petitioner's claim and the relief sought.
20         c.   The United States may also, to the extent
21 practicable, provide direct written notice to any person known to
22 have alleged an interest in the properties that are the subject
23 of the Order of Forfeiture, as a substitute for published notice
24 as to those persons so notified.
25    5.   If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final
27 ///
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), in which all interests will be addressed.

    SO ORDERED this 2nd day of September, 2008.

                      */s/ Frank C. Damrell, Jr.*

                        FRANK C. DAMRELL, JR.
                        United States District Judge