```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:07-CR-00477-FCD
                                 )
12           Plaintiff,          )   AMENDED PRELIMINARY ORDER OF
                                 )   FORFEITURE
13       v.                      )
                                 )
14  AIAO CHEN,                   )
       aka Mai Chen,             )
15                               )
             Defendant.          )
16  _____)
```

17     Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Aiao Chen, it is hereby
19 ORDERED, ADJUDGED, AND DECREED as follows:
20     1.  Pursuant to 18 U.S.C. § 2320(b)(1)(B), defendant Aiao
21 Chen's interest in the following properties shall be condemned
22 and forfeited to the United States of America, to be disposed of
23 according to law:
24         a.  Approximately 2 Armani wallets,
25         b.  Approximately 19 Burberry handbags,
26         c.  Approximately 4 Chanel handbags,
27         d.  Approximately 2 pairs of Chanel earrings,
28         e.  Approximately 7 Chanel wallets,

| | | |
|---|---|---|
| 1 | f. | Approximately 225 Coach handbags, |
| 2 | g. | Approximately 17 Coach iPod holders, |
| 3 | h. | Approximately 45 Coach wallets, |
| 4 | i. | Approximately 3 Dolce & Gabbana handbags, |
| 5 | j. | Approximately 5 Dooney & Burke handbags, |
| 6 | k. | Approximately 6 Gucci handbags, |
| 7 | l. | Approximately 2 Gucci wallets, |
| 8 | m. | Approximately 4 Izod/Lacoste polo shirts, |
| 9 | n. | Approximately 4 Louis Vuitton handbags, |
| 10 | o. | Approximately 4 Louis Vuitton scarves, |
| 11 | p. | Approximately 1 Louis Vuitton wallet, |
| 12 | q. | Approximately 1 Prada wallet, |
| 13 | r. | Approximately 7 pairs of Rock & Republic jeans, |
| 14 | s. | Approximately 2 Tiffany & Co. bracelets, |
| 15 | t. | Approximately 2 pairs of Tiffany & Co. earrings,and |
| 16 | u. | Approximately 2 pairs of True Religion jeans. |

2.   The above-listed properties were used, in any manner or part, to commit or to facilitate a commission of a violation 18 U.S.C. § 2320(a).  Pursuant to 18 U.S.C. § 2320(b)(3)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties.  The aforementioned properties shall be seized and held by the United States, in its secure custody and control.

4.   a.   Pursuant to 18 U.S.C. § 2320(b)(3)(B) incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States shall publish notice of the order of forfeiture.  Notice of this Order

1 and notice of the Attorney General's (or a designee's) intent to
2 dispose of the property in such manner as the Attorney General
3 may direct shall be posted for at least 30 consecutive days on
4 the official internet government forfeiture site
5 www.forfeiture.gov.  The United States may also, to the extent
6 practicable, provide direct written notice to any person known to
7 have alleged an interest in the property that is the subject of
8 the order of forfeiture as a substitute for published notice as
9 to those persons so notified.
10         b.   This notice shall state that any person, other than
11 the defendant, asserting a legal interest in the above-listed
12 property, must file a petition with the Court within sixty (60)
13 days from the first day of publication of the Notice of
14 Forfeiture posted on the official government forfeiture site, or
15 within thirty (30) days from receipt of direct written notice,
16 whichever is earlier.
17     5.   If a petition is timely filed, upon adjudication of all
18 third-party interests, if any, this Court will enter a Final
19 Order of Forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), in
20 which all interests will be addressed.
21     SO ORDERED this 15th day of October, 2008.

                      FRANK C. DAMRELL, JR.
                      United States District Judge