McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00477-FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| AIAO CHEN, | ) | |
| aka Mai Chen, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about October 16, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2320(b)(1)(B), based upon the plea agreement entered into between plaintiff and defendant Aiao Chen forfeiting to the United States the following property:

    a.   Approximately 2 Armani wallets,

    b.   Approximately 19 Burberry handbags,

    c.   Approximately 4 Chanel handbags,

    d.   Approximately 2 pairs of Chanel earrings,

    e.   Approximately 7 Chanel wallets,

    f.   Approximately 225 Coach handbags,

    g.   Approximately 17 Coach iPod holders,

1         h.    Approximately 45 Coach wallets,
2         i.    Approximately 3 Dolce & Gabbana handbags,
3         j.    Approximately 5 Dooney & Burke handbags,
4         k.    Approximately 6 Gucci handbags,
5         l.    Approximately 2 Gucci wallets,
6         m.    Approximately 4 Izod/Lacoste polo shirts,
7         n.    Approximately 4 Louis Vuitton handbags,
8         o.    Approximately 4 Louis Vuitton scarves,
9         p.    Approximately 1 Louis Vuitton wallet,
10         q.    Approximately 1 Prada wallet,
11         r.    Approximately 7 pairs of Rock & Republic jeans,
12         s.    Approximately 2 Tiffany & Co. bracelets,
13         t.    Approximately 2 pairs of Tiffany & Co. earrings,and
14         u.    Approximately 2 pairs of True Religion jeans.

15     AND WHEREAS, beginning on October 17, 2008, for at least 30
16 consecutive days, the United States published notice of the Court's
17 Order of Forfeiture on the official internet government forfeiture
18 site [www.forfeiture.gov](www.forfeiture.gov).  Said published notice advised all third
19 parties of their right to petition the court within sixty (60) days
20 from the first day of publication of the notice for a hearing to
21 adjudicate the validity of their alleged legal interest in the
22 forfeited property;

23     AND WHEREAS, the Court has been advised that no third party has
24 filed a claim to the subject property, and the time for any person
25 or entity to file a claim has expired.

26     Accordingly, it is hereby ORDERED and ADJUDGED:

27     1.  A Final Order of Forfeiture shall be entered forfeiting to
28 the United States of America all right, title, and interest in the

above-listed property pursuant to 18 U.S.C. § 2320(b)(1)(B), to be disposed of according to law, including all right, title, and interest of Aiao Chen.  Pursuant to 18 U.S.C. § 2320(b)(3)(B), any forfeited article or component of an article bearing or consisting of a counterfeit mark shall be destroyed.

    2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

    3.   The Department of Homeland Security, United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED THIS 19th day of December, 2008.

_____
FRANK C. DAMRELL, JR.
United States District Judge